IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.   CASE NO. 4:12cr00123-01 JMM

DANIEL WHEELIS, USM Number 10559-017

ORDER

Due to a clerical error, the Judgment entered in this case on September 23, 2013 (DE #51) is amended to correct a clerical error. The term of supervised release is three (3) years, as stated on record. The remaining portions of the Judgment will remain in full force and effect.

The Clerk is directed to provide a copy of this order to the United States Probation Office, the United States Marshals Office.

IT IS SO ORDERED THIS 22nd day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE